NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-886

ALEXANDER F. WIED, ET UX.

VERSUS

JAMES H. WATSON, ET UX.

************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 58,429,
HONORABLE JOHN C. FORD, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

Elvin C. Fontenot, Jr.
Attorney at Law
110 East Texas Street
Leesville, Louisiana 71446
(337) 239-2684
Counsel for Plaintiffs/Appellants:
    Alexander F. Wied
    Melba Wright Wied

**Randall L. Wilmore**
**Christopher M. Sylvia**
**Gold, Weems, Bruser, Sues & Rundell**
**Post Office Box 6118**
**Alexandria, Louisiana  71307-6118**
**(318) 445-6471**
**Counsel for Defendants/Appellants:**
> **James H. Watson**
> **Mavis Westfall Watson**